DocuSign Envelope ID: CF714627-3841-4D2E-A979-C62FCD9E1643

## DECLARATION OF PERCY UPSHAW, JR.

Percy Upshaw, Jr., pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Percy Upshaw, Jr.  I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein.  I freely give this declaration for use in this case.  This declaration was executed in the state of Georgia, where I am a resident.

2. I previously served in the Navy for 12 years.  After getting out of the Navy, I had some difficult times and lived at some motels along Fulton Industrial Boulevard, including the Airway Motel located at 720 Fulton Industrial Boulevard NW, Atlanta, Georgia, off and on from 2012–2017.  I lived at the Airway Motel for months at a time, including for several months between 2014–2015. At that time, I was working as a security guard at nearby businesses, not at the Airway Motel.

3. When I stayed at the Airway Motel, I typically saw approximately 10 girls per day walking around the property half dressed.  A lot of these girls looked like teenagers to me, and some told me about how they had to sell themselves for sex and give the money to their pimp.  There were many girls being trafficked

for sex and some girls were also working as independent prostitutes at the motel.

4. The Airway Motel had a spot beside the motel where truckers could park their trucks. I often saw truckers park there and walk through the motel parking lot and then saw the girls who stayed at the Airway Motel solicit and sell sex to these drivers. There was also a lot of traffic from regular cars. During the week, but especially during the weekend, the parking lot was busy, like a Chick-Fil-A drive through, with cars and men constantly pulling through the parking lot and going in and out of the rooms of the girls being sold for sex. These men stayed only a short time in each room before leaving.

5. Most of the girls I saw at the motel were under the control of a pimp. I frequently saw these girls handing cash over to their pimps after a date with a buyer at the motel. I saw girls being thrown out of hotel rooms, with their teeth knocked out, and blackened eyes.

6. While living on the property, I got to know some of the girls who stayed there. When some of them were threatened by their pimp or a date, they would come to me for help and I would try to help them the best I could.

7. I am familiar with the property manager/owner of the hotel, Mr. Patel. Mr. Patel and I spoke often, however, he never expressed any concern about the obvious pimps, sex trafficking, buyers, and drug dealers on his property.

8. I asked Mr. Patel if he would like me to do security at the motel to try to help the situation, but he said he did not want to pay for a security guard, nor would he give a discount on the room in exchange for me providing security.

9. On October 14, 2014, I heard a gunshot while in my room at the motel. I left my room to investigate when I noticed a young girl known as Lyric in room 21. Lyric was known around the Airway Motel as a young, drug-addicted prostitute.

10. Lyric told me that she was tired of another guest at the Airway Motel bothering her. I noticed that Lyric was holding a firearm when I initially entered the hotel room. I was able to take the handgun from her and secure it in a different room.

11. Fulton County Police arrived on scene, where I was able to give my account of what had occurred prior to their arrival.

12. I have read this Declaration consisting of 12 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on November 3, 2022.

DocuSigned by:

*Percy Upshaw*

C5A0021ACF884DD...

Percy Upshaw