AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-2901-TWT**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Dayaram V. Patel**
was received by me on  **5/28/2026:**

☒ I personally served the **SUMMONS; COMPLAINT WITH EXHIBITS; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET** on the individual at **4109 Daniel Green Trl SE, Smyrna, GA 30080** on **05/28/2026 at 8:16 PM**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  05/28/2026

_____
*Server's signature*

**Esther Onoyona**
*Printed name and title*

**3053 Crest Ridge Circle**
**Marietta, GA 30060**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT WITH EXHIBITS; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET,  to Dayaram V. Patel with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Asian male contact over 65 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with an accent and glasses.**



Tracking #: **0225421271**




Certificate Holder ID
6755-3684-0320-8140

**STATE OF GEORGIA**
**ADMINISTRATIVE OFFICE OF THE COURTS**

**CERTIFICATE OF COMPLETION TO**

**Esther Onoyona**

IN RECOGNITION OF SUCCESSFULLY PASSING THE
GEORGIA PROCESS SERVERS CERTIFICATION EXAMINATION

**August 11, 2025**

Cynthia Clanton
Director