**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| H.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 1:26-CV-2901 |
| | ) |
| DAYARAM V. PATEL, | ) Judge Thomas W. Thrash |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADINGS**

Plaintiff H.A. ("Plaintiff") and Defendant Dayaram V. Patel ("Defendant") jointly move this Court for an extension of time for Defendant to respond Plaintiff's Complaint (Doc. 1). In support of this joint motion, the parties state as follows:

1. On May 22, 2026, Plaintiff filed this action for damages and violations of the TVPRA against Defendant (Doc. 1).

2. A copy of the summons and complaint was served on Defendant, on May 28, 2026, and Defendant's current deadline to file a response to Plaintiff's complaint is June 18, 2026. (Return of Service, Doc. 4.)

3. On June 18, 2026, counsel for Plaintiff and Defendant stipulated to extend the deadline for Defendant to answer, respond, or otherwise plead in response to Plaintiff's Complaint to and through July 2, 2026.

- 1 -

4.     An extension is reasonable and necessary as counsel for Defendant has only just been retained and needs time to review the requisite documents in order to properly respond to the allegations in the Complaint.

5.     This deadline has not previously been extended and the requested extension is not intended to cause undue delay.

6.     No affirmative defenses or arguments are waived by any party as a result of this motion.

WHEREFORE, the Plaintiff and Defendant jointly move this Court for an extension of time within which Defendant may answer, respond, or otherwise plead in response to Plaintiff's Complaint up to and include **July 2, 2026**.

Respectfully submitted this 18th day of June, 2026.

| ANDERSON, TATE & CARR, P.C. | CLYDE & CO US LLP |
|---|---|
| By: /s/ Tyler Dillard | By: /s/ John C. Patton |
| Tyler Dillard | John C. Patton |
| Georgia Bar No. 115229 | Georgia Bar No. 576232 |
| One Sugarloaf Centre | Taylor E. Pernini |
| 1960 Satellite Boulevard, Suite 4000 | Georgia Bar No. 835142 |
| Duluth, Georgia 30097 | 271 17th Street NW, Suite 1720 |
| Tel: (770) 822-0900 | Atlanta, GA 30363 |
| E: tdillard@atclawfirm.com | Tel: (404) 410-3150 |
| | E: Jay.patton@clydeco.us |
| | E: taylor.pernini@clydeco.com |
| Attorneys for Plaintiff | |
| | Attorneys for Defendant |

## <u>LOCAL RULE 5.1(C) CERTIFICATION</u>

I HEREBY CERTIFY that the foregoing complies with Local Rule 5.1(C)

Certification regarding font and font size.

Respectfully submitted this 18th day of June, 2026.

By: <u>/s/ John C. Patton</u>
John C. Patton
Georgia Bar No. 576232

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on this day I filed a true and correct copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

Respectfully submitted this 18th day of June, 2026.

By: <u>/s/ John C. Patton</u>
John C. Patton
Georgia Bar No. 576232