**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| H.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:26-CV-2901 |
| | ) | |
| DAYARAM V. PATEL, | ) | Judge Thomas W. Thrash |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

Upon consideration of the Parties' Joint Motion for Extension of Time for Defendant to file a response to Plaintiff's Complaint, and good cause being shown, it is hereby ORDERED that the Motion is GRANTED. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended to and including **July 2, 2026**.

SO ORDERED this 29th day of June, 2026.

**Honorable Thomas W. Thrash**
United States District Judge,
U.S. District Court, Northern District of Georgia