**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| H.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:26-CV-2901 |
| | ) | |
| DAYARAM V. PATEL, | ) | Judge Thomas W. Thrash |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT DAYARAM V. PATEL'S
CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rules of Civil Procedure 26(a)(1) and 7.1(a), and Local Rule 3.3, Defendant Dayaram V. Patel ("Defendant" or "Patel"), by and through the undersigned counsel, hereby files Defendant's Certificate of Interested Persons, showing the Court as follows:

1. The undersign counsel of record for Defendant certified that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of a party:

      a. Plaintiff H.A.; and

      b. Defendant Dayaram V. Patel.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   a. Patrick J. McDonough, Tyler Dillard, Jonathan S. Tonge, and Jennifer M. Webster (counsel for Plaintiffs); and

   b. Andersen, Tate & Carr, P.C.;

   c. Endurance American Specialty Company (insurer for Defendant); and,

   d. Starstone National Insurance (formerly Torus National Insurance Company)

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding;

   a. **For Defendant**

   **CLYDE & CO US LLP**
   John C. Patton
   Georgia Bar No. 576232
   Taylor E. Pernini
   Georgia Bar No. 835142
   271 17th Street NW, Suite 1720
   Atlanta, GA 30363
   Tel: (404) 410-3150
   E: Jay.Patton@clydeco.us
   E: Taylor.Pernini@clydeco.com

Alison Beanum
*Pro Hac Vice forthcoming*
Christina Hoffman
*Pro Hac Vice forthcoming*
355 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 358-7600
E: Alison.Beanum@clydeco.us
E: Christina.Hoffman@clydeco.us

**b.  For Plaintiff**

**ANDERSEN, TATE, & CARR, P.C.**
Patrick J. McDonough
Georgia Bar No. 489855
Tyler Dillard
Georgia Bar No. 115229
Jonathan S. Tonge
Georgia Bar No. 303999
Jennifer M. Webster
Georgia Bar No. 760381
pmcdonough@atclawfirm.com
tdillard@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

Respectfully submitted this 2nd day of July, 2026.

CLYDE & CO US LLP

*/s/ John C. Patton*
John C. Patton
Georgia Bar No. 576232
Taylor E. Pernini
Georgia Bar No. 835142
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Tel: (404) 410-3150
E: Jay.Patton@clydeco.us
E: Taylor.Pernini@clydeco.com

Alison Beanum
*Pro Hac Vice forthcoming*
Christina Hoffman
*Pro Hac Vice forthcoming*
355 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 358-7600
E: Alison.Beanum@clydeco.us
E: Christina.Hoffman@clydeco.us

*Attorneys for Defendant*

## <u>LOCAL RULE 5.1(C) CERTIFICATION</u>

I HEREBY CERTIFY that the foregoing complies with Local Rule 5.1(C)

Certification regarding font and font size.

Respectfully submitted this 2nd day of July, 2026.

<u>/s/ John C. Patton</u>
John C. Patton
Georgia Bar No. 576232

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on this day I filed a true and correct copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

Respectfully submitted this 2nd day of July, 2026.

*/s/ John C. Patton*
John C. Patton
Georgia Bar No. 576232
