IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H.A.                                     :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :        FILE NO.: 1:26-cv-2901
                                         :
DAYARAM V. PATEL                         :
                                         :
        Defendant.                       :

**CERTIFICATE OF SERVICE OF INTIAL DISCLOSURES**

I HEREBY CERTIFY that on August 3, 2026, I caused a true and correct copy

of Dayaram V. Patel's Initial Disclosures to be served via email on Plaintiff via her

attorneys of record.

Dated: August 4, 2026.

                    **CLYDE & CO US LLP**

                    */s/ John C. Patton*
                    John C. Patton
                    Georgia Bar No. 576232
                    Taylor Pernini
                    Georgia Bar No. 835142
                    271 17th St. NW, Ste. 1720
                    Atlanta, GA 30363
                    PHONE: (404) 410-3179
                    Jay.Patton@clydeco.us
                    Taylor.Pernini@clydeco.com

                    ***Attorneys for Defendant***

Page **1** of **2**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Certificate of Service of Initial Disclosures was filed electronically on this day, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

Dated: August 4, 2026.

**CLYDE & CO US LLP**

*/s/ John C. Patton*
John C. Patton
Georgia Bar No. 576232
Taylor Pernini
Georgia Bar No. 835142
271 17th St. NW, Ste. 1720
Atlanta, GA 30363
PHONE: (404) 410-3179
Jay.Patton@clydeco.us
Taylor.Pernini@clydeco.com

*Attorneys for Defendant*