# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| H.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 1:26-CV-2901 |
| | ) |
| DAYARAM V. PATEL, | ) Judge Thomas W. Thrash |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

NOW COMES Plaintiff H.A. and Defendant Dayaram V. Patel, by and through the undersigned counsel, and hereby notify the Court that they have reached a settlement in principle resolving all claims and defenses in this action. The parties are in the process of preparing and executing formal settlement documentation and anticipate filing appropriate dismissal papers within 60 days.

Respectfully submitted this 11th day of August, 2026.

**ANDERSEN, TATE, & CARR, P.C.**          **CLYDE & CO US LLP**

*/s/ Tyler Dillard*                                      */s/ John C. Patton*
Tyler Dillard                                               John C. Patton
Georgia Bar No. 115229                           Georgia Bar No. 576232
One Sugarloaf Centre                               271 17th Street NW, Suite 1720
1960 Satellite Boulevard, Suite 4000       Atlanta, GA 30363
Duluth, Georgia 30097                              Tel: (404) 410-3150
Tel: (770) 822-0900                                  E: Jay.Patton@clydeco.us
E: tdillard@atclawfirm.com

                                                                  **Attorneys for Defendant**

**Attorney for Plaintiff**

Page - **1** - of **2**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that on this day I filed a true and correct copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

Respectfully submitted this 11th day of August, 2026.

*/s/ John C. Patton*
John C. Patton
Georgia Bar No. 576232