UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

H.A.,

    Plaintiff,

      v.

DAYARAM V. PATEL,

    Defendant.

CIVIL ACTION NO.
1:26-CV-02901-TWT

## ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 15]. All deadlines in this action are STAYED pending the filing of dismissal documents.

SO ORDERED, this 14th day of August, 2026.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE