**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| H.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:26-CV-2901 |
| | ) | |
| DAYARAM V. PATEL, | ) | Judge Thomas W. Thrash |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate and agree that all claims asserted by either party are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses. The Parties further stipulate that the Clerk of Court may close this case.

Respectfully submitted this 10th day of September, 2026,

**ANDERSEN, TATE, & CARR, P.C.**

*/s/ Tyler Dillard*
Tyler Dillard
Georgia Bar No. 115229
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Tel: (770) 822-0900
E: tdillard@atclawfirm.com

**CLYDE & CO US LLP**

*/s/ John C. Patton*
John C. Patton
Georgia Bar No. 576232
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Tel: (404) 410-3150
E: Jay.Patton@clydeco.us

**Attorney for Defendant**

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

This 10th day of September, 2026.

*/s/ John C. Patton*
John C. Patton
Georgia Bar No. 567232